UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Amelina Archelus

   v.                                    Case No. 26-cv-184-LM-AJ

Sunrise Senior Living of Decatur


ORDER


After due consideration of the response filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 27, 2026.

This action is dismissed without prejudice for improper venue. The clerk shall enter judgment and close the case.

_____
Landya B. McCafferty
United States District Judge

Date: April 27, 2026

cc: Amelina Archelus, pro se